# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148370(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

JAMES OLDHAM,
      Plaintiff-Appellee,

and

IRON WORKERS' HEALTH FUND OF
EASTERN MICHIGAN,
      Intervening Plaintiff-Appellee,

v

A.J. STEEL ERECTORS, L.L.C. and
FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Defendants-Appellants,

and

WOODRUFF CONTRACTING, INC. and
SECURA INSURANCE COMPANY,
      Defendants-Appellees.

SC: 148370
COA: 314937
MCAC: 12-000077

_____/

      On order of the Court, the motion for reconsideration of this Court's March 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014

Clerk

p0721